**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO. 3:22-cr-00115-TJC-JBT

GREGORY EDWARD MCLEAN

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by the Honorable Joel B. Toomey, United States Magistrate Judge (Doc. 42), to which there was no objection, and accepts the defendant's plea of guilty to Counts One and Two of the Superseding Information, and the defendant is adjudged guilty of such offenses.

**SENTENCING** for the defendant is hereby scheduled for **March 19, 2024, at 11:00 a.m.,**[1] before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. '3143(a)(2), the Court is required to remand**

---

[1] The Court has reserved **one (1) hour** for this sentencing hearing. Should the parties believe it will require more than the hour to complete the sentencing hearing, they should contact the undersigned's courtroom deputy at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

**a defendant into custody at sentencing in drug cases and cases involving crimes of violence, including child pornography offenses. However, notwithstanding this provision, pursuant to 18 U.S.C. '3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN THREE (3) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE:** **The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.**

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of December, 2023.


TIMOTHY J. CORRIGAN
United States District Judge

am.
Copies:

Kirwinn Mike, AUSA.
David B. Mesrobian, AUSA.
Jennifer Michele Harrington, AUSA.
James Paul Hill, Esq.
Jesse Nolan Dreicer, Esq.
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant