**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:22-cr-00115-TJC-JBT

**GREGORY EDWARD MCLEAN**
_____/

**DEFENDANT'S FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW**, the Defendant, **GREGORY EDWARD MCLEAN**, by and through his undersigned attorney, and moves this Court to continue the Sentencing Hearing currently set for March 19th, 2024, at 11:00 a.m., and states the following in support thereof:

1. On September 8, 2022, Mr. McLean was charged by Indictment with three counts, to wit: Distribution of Child Pornography, in violation of 18 U.S.C § 2252(a)(2) and (b)(1); Distribution of Child Pornography, in violation of 18 U.S.C § 2252(a)(2) and (b)(1); and Possession of Child Pornography, in violation of 18 U.S.C § 2252(a)(4)(B) and (b)(2).

2. Mr. McLean is currently in custody at the Nassau County Jail.

3. Mr. McLean's sentencing hearing was initially set for March 19th, 2024.

4. The initial Presentence Investigation Report was filed on February 13th, 2024, and provided to all parties.

5. On March 11th, 2024, an Amended Presentence Investigation Report was filed with material changes that effect defense counsel's position prior to sentencing.

6. Given that an amended PSI was filed on March 11th, 2024, defense counsel is requesting that sentencing be continued to a later date.

7. In addition, undersigned counsel is gathering mitigation and sentencing materials and requests more time to gather these materials.

1

8. Undersigned counsel has discussed this Motion with Assistant United States Attorney, David Mesrobian, and there is no objection to the Court granting this Motion and continuing the sentencing date.

9. Mr. McLean, undersigned counsel, and the Government, respectfully requests this Sentencing be rescheduled approximately thirty (30) to sixty (60) days from the currently scheduled date.

## MEMORANDUM OF LAW

A motion to continue should be granted in this case because the amended Presentence Investigation Report wasn't filed until one week prior to sentencing on March 11th, 2024, the Government does not object, and the Defendant needs more time to prepare this case for a successful sentencing hearing as well as to continue his engagement with the Government. The Eleventh Circuit has held that granting continuance motions is a vital fundamental right of a defendant. *U.S. v. Verderame*, 51 F.3d 249 (11th Cir. 1995). Distinguished from *U.S. v. Valladares*, 544 S. 3d 1257 (11th Cir. 2008), which held that the court did not abuse its discretion by denying the multiple unopposed motions when the defense counsel failed to produce essential documentation. Here, the extension of time requested is needed and the Defendant would suffer greatly by not having adequate time to to prepare for sentencing based upon the amended PSI. Thus, a continuance should be granted in this case.

**WHEREFORE**, Defendant respectfully requests this Honorable Court to strike Sentencing currently set for March 19th, 2024 at 11:00 a.m. and reschedule the sentencing hearing for a future date.

**DATED** this 11th day of **March 2024**.

        **Respectfully submitted,**
        **TASSONE, DREICER & HILL**

        */s/* Jesse N. Dreicer

JESSE N. DREICER, ESQUIRE
FL Bar No.: 47505
jesse@tassonelaw.com
JAMES P. HILL, ESQUIRE.
FL Bar No. 0073828
james@tassonelaw.com
1833 Atlantic Boulevard
Jacksonville, Florida 32207
P: 904.396.3344
F: 904.396.3349
Email: chris@tassonelaw.com
ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11th, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, thereby sending notice to **David Mesrobian,** Assistant United States Attorney, 300 N. Hogan St, Suite 700 Jacksonville, Florida 32202, **DMesrobian@usa.doj.gov**.

**Respectfully submitted,**
**TASSONE, DREICER & HILL**

/s/ Jesse N. Dreicer
JESSE N. DREICER, ESQUIRE
Bar No.: 47505
jesse@tassonelaw.com
JAMES P. HILL, ESQUIRE.
FL Bar No. 0073828
james@tassonelaw.com